O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05965-AHM(PJWx) | Date | November 2, 2009 |
|---|---|---|---|
| Title | PRODUCT PARTNERS LLC v. SONDRA HOWARD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:   Attorneys NOT Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court ORDERS plaintiff's counsel of record, Christopher Q. Pham, Johnson & Pham, LLP, to SHOW CAUSE in writing by not later than November 6, 2009 why he should not be sanctioned in the amount of $100 for his failure to appear at today's hearing and his failure to advise the Court in advance of any inability to appear

:

Initials of Preparer   SMO