O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05965-AHM (PJWx) | Date | December 7, 2009 |
|---|---|---|---|
| Title | PRODUCT PARTNERS LLC v. SONDRA HOWARD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Counsel for Plaintiff, Christopher Q. Pham, Johnson & Pham, LLP, failed to appear at today's hearing on his client's Motion for Default Judgment. On November 2, 2009, Mr. Pham also failed to appear on an identical motion for default judgment, which resulted in the Court's denial of the motion.

The Court ORDERS Mr. Pham to SHOW CAUSE in writing by not later than December 14, 2009 why he should not be sanctioned in the amount of $500 for his failure to appear at today's hearing and his failure to advise the Court in advance of any inability to appear.

|  | : |
|---|---|
| Initials of Preparer | KB |