O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05965-AHM (PJWx) | Date | December 14, 2009 |
|---|---|---|---|
| Title | PRODUCT PARTNERS LLC v. SONDRA HOWARD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

     In Christopher Q. Pham's second response to the Order to Show Cause, he acknowledges that sanctions in the amount of $500.00 are in order. Accordingly, the Court ORDERS that Christopher Q. Pham, Esq. pay $500.00 to the Clerk of the Court by not later than December 21, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |

cc: **Fiscal**